## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,<br><br>        Plaintiff<br><br>        v.<br><br>A.B.D. TANK & PUMP CO., AN ILLINOIS CORPORATION,<br><br>        Defendant. | No. 11 C 1865<br><br>Judge Shadur<br><br>Magistrate Judge Denlow |

### TURNOVER ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request for Turnover Order against R. Carlson & Sons, Inc. is granted.

2. R. Carlson & Sons, Inc. is ordered to turnover to Plaintiffs the sum of $19,635.15 in satisfaction of the Citation.

3. Upon payment of the amount of the turnover order, the judgment in this matter will be partially satisfied.

4. Upon payment the citations against R. Carlson & Sons, Inc. and Thornton's, Inc. are dismissed without prejudice.

5. Pursuant to federal rule of civil procedure 54(b), the court expressly finds that there is no just reason for delay in entering this order.

6. This is a final and appealable Order.

DATED: October 26, 2011

ENTER: _____
**HONORABLE JUDGE SHADUR**

Donald D. Schwartz
Arnold and Kadjan
203 N. LaSalle St., Ste. 1650
Chicago, IL 60601
312-236-0415